UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

    Plaintiff,

vs.

MICHIGAN DEPARTMENT OF
HUMAN SERVICES, et al.,

    Defendants.
_____/

Civil Action No.
07-CV-13232

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on Defendants Zurvalec and Farmington Public School's Motion for Summary Judgment [docket entry 4], filed on August 9, 2007. On October 31, 2007, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R&R"), in which she recommended that Defendants Zurvalec and Farmington Public School's Motion for Summary Judgment be granted.

The Court reviews *de novo* only those portions of the R&R to which a specific objection has been made. *See* FED. R. CIV. P. 72(b). Here, no objections were filed. The Court has had an opportunity to fully review this matter, and finds that Magistrate Judge Majzoub correctly and thoroughly analyzed all of the issues presented, and that she reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's recommendations as the findings and conclusions of the Court. Accordingly,

1

IT IS ORDERED that Magistrate Judge Majzoub's Report and Recommendation is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendants Zurvalec and Farmington Public School's Motion for Summary Judgment [docket entry 4] is granted.

```
                                ___s/Bernard A. Friedman_____
                                BERNARD A. FRIEDMAN
                                CHIEF UNITED STATES DISTRICT JUDGE
```

Dated: November 26, 2007
       Detroit, Michigan


I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman