UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

    **Plaintiff,**　　　　　　　　**CIVIL ACTION NO. 07-CV-13232-DT**

vs.

　　　　　　　　　　　　　　　**DISTRICT JUDGE BERNARD A. FRIEDMAN**

**MICHIGAN DEPT OF**　　　　**MAGISTRATE JUDGE MONA K. MAJZOUB**
**HUMAN SERVICES., et al.,**

    **Defendants.**
_____/

# REPORT AND RECOMMENDATION

**I.　RECOMMENDATION:** Plaintiff's Motion to Dismiss Defendant Howard Weiner filed on December 17, 2007 (docket no. 75) should be **GRANTED**.

**II.　REPORT:**

Plaintiff has moved to dismiss Defendant Howard Weiner as a Defendant in this action. (Docket no. 75). She states that she has been unable to serve process on this Defendant and realizes that the claims against this Defendant are the claims of her children. Plaintiff's children are not parties to this action. Therefore, Plaintiff's motion should be granted.

**III.　NOTICE TO PARTIES REGARDING OBJECTIONS:**

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Filing of objections which raise some issues but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401

(6th Cir. 1991); *Smith v. Detroit Fed'n Of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Any objections must be labeled as "Objection #1," "Objection #2," etc. Any objection must recite *precisely* the provision of this Report and Recommendation to which it pertains. Not later than ten days after service of an objection, the opposing party must file a concise response proportionate to the objections in length and complexity. The response must specifically address each issue raised in the objections, in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.

Dated: January 03, 2008  s/ Mona K. Majzoub
MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Report and Recommendation was served upon Beverly Tran and Counsel of Record on this date.

Dated: January 03, 2008  s/ Lisa C. Bartlett
Courtroom Deputy