UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

    Plaintiff,

vs.

MICHIGAN DEPARTMENT OF
HUMAN SERVICES, et al.,

    Defendants.
_____/

Civil Action No.
07-CV-13232

HON. BERNARD A. FRIEDMAN

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JANUARY 3, 2008, REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S "MOTION TO DISMISS DEFENDANT HOWARD WEINER"

This matter is presently before the Court on Plaintiff's "Motion to Dismiss Defendant Howard Weiner" from this action ("Plaintiff's Motion") [docket entry 75]. On January 3, 2008, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation, in which she recommended that Plaintiff's Motion be granted. No objections have been filed. The Court has had an opportunity to fully review this matter, and finds that Magistrate Judge Majzoub correctly analyzed all of the issues presented, and that she reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's recommendations as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Magistrate Judge Majzoub's Report and Recommendation is

1

accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's "Motion to Dismiss Defendant Howard Weiner" [docket entry 75] is granted.

        ___s/Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        CHIEF UNITED STATES DISTRICT JUDGE

Dated: January 22, 2008
   Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman