# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**BEVERLY TRAN,**

       **Plaintiff,**        **CIVIL ACTION NO. 07-CV-13232-DT**

vs.

                                     **DISTRICT JUDGE BERNARD A. FRIEDMAN**

**MICHIGAN DEPT OF**           **MAGISTRATE JUDGE MONA K. MAJZOUB**
**HUMAN SERVICES., et al.,**

       **Defendants.**
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT TYPOGRAPHICAL ERROR

Plaintiff filed a Motion to Correct Typographical Error on February 27, 2008. (Docket no. 102). No response has been filed to this motion. For good cause shown, the Court will grant this motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Correct Typographical Error (docket no. 102) is **GRANTED.**

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: March 20, 2008          s/ Mona K. Majzoub
                                     MONA K. MAJZOUB
                                     UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Beverly Tran and Counsel of Record on this date.

Dated: March 20, 2008         s/ Lisa C. Bartlett
                              Courtroom Deputy