UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

       Plaintiff,          CIVIL ACTION NO. 07-CV-13232-DT

vs.

                                DISTRICT JUDGE BERNARD A. FRIEDMAN

MICHIGAN DEPT OF          MAGISTRATE JUDGE MONA K. MAJZOUB
HUMAN SERVICES., et al.,

       Defendants.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO DROP DEFENDANT WAYNE COUNTY DEPARTMENT OF HUMAN SERVICES

Plaintiff filed a Motion to Drop Defendant Wayne County Department of Human Services as a Defendant in this matter on January 2, 2008. (Docket no. 91). No response has been filed to this Motion. All pretrial matters have been referred to the undersigned. (Docket no. 3). The Court dispenses with oral argument on this motion pursuant to E.D. Mich. LR 7.1(e). This motion is now ready for ruling.

Plaintiff now agrees that Defendant Wayne County Department of Human Services is a redundant party for the State of Michigan Department of Human Services. This argument was made by the State in an earlier Motion to Dismiss. (Docket no. 13). Rule 21, Fed. R. Civ. P., allows the court to drop a party at any time on just terms. The Court finds that Defendant Wayne County Department of Human Services was improperly joined in this action as a redundant party. Therefore, Plaintiff's motion will be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion To Drop Defendant Wayne County Department of Human Services (docket no. 91) is **GRANTED.** The Clerk shall modify the docket to terminate Defendant Wayne County Department of Human Services as a Defendant in this matter.

**NOTICE TO THE PARTIES**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: March 24, 2008                        s/ Mona K. Majzoub
                                                            MONA K. MAJZOUB
                                                            UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I hereby certify that a copy of this Opinion and Order was served upon Beverly Tran and Counsel of Record on this date.

Dated: March 24, 2008                        s/ Lisa C. Bartlett
                                                            Courtroom Deputy