UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

       Plaintiff,　　　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　　07-CV-13232
vs.

　　　　　　　　　　　　　　　　　　　　HON. BERNARD A. FRIEDMAN
MICHIGAN DEPARTMENT OF
HUMAN SERVICES, et al.,

       Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 20, 2008, REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

       This matter is presently before the Court on Plaintiff's Motion for Entry of Default ("Plaintiff's Motion") [docket entry 101]. On March 20, 2008, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R&R"), in which she recommends that Plaintiff's Motion be denied. Plaintiff has not filed objections to this R&R, and the time to do so has expired. The Court has had an opportunity to fully review this matter, and finds that Magistrate Judge Majzoub correctly and thoroughly analyzed all of the issues presented, and that she reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

       IT IS ORDERED that Magistrate Judge Majzoub's R&R dated March 20, 2008, is

1

accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Entry of Default [docket entry 101] is denied.

 s/Bernard A. Friedman
 BERNARD A. FRIEDMAN
 CHIEF UNITED STATES DISTRICT JUDGE

Dated: April 7, 2008
 Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman