UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

    Plaintiff,

vs.

MICHIGAN DEPARTMENT OF
HUMAN SERVICES, et al.,

    Defendants.
_____/

Civil Action No.
07-CV-13232

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 24, 2008, REPORT AND RECOMMENDATION [DOCKET ENTRY 110] AND GRANTING THE SUMMARY JUDGMENT MOTION OF DEFENDANTS THE SALVATION ARMY EDWIN DENBY CENTER AND EVAN ALLEN

This matter is presently before the Court on the summary judgment motion of Defendants Salvation Army Edwin Denby Center for Children and Family Services and Evan Allen ("Defendants' Motion") [docket entry 68]. On March 24, 2008, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R&R"), in which she recommends that Defendants' Motion be granted. Plaintiff has not filed objections to this R&R, and the time to do so has expired. The Court has had an opportunity to fully review this matter, and finds that Magistrate Judge Majzoub correctly and thoroughly analyzed all of the issues presented, and that she reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

1

IT IS ORDERED that Magistrate Judge Majzoub's R&R dated March 24, 2008, is accepted and adopted.

IT IS FURTHER ORDERED that Defendants' Motion [docket entry 68] is granted.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: April 9, 2008
Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman