UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

       Plaintiff,                                  Civil Action No.
                                                07-CV-13232

vs.

                                              HON. BERNARD A. FRIEDMAN

MICHIGAN DEPARTMENT OF
HUMAN SERVICES, et al.,

       Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 24, 2008, REPORT AND RECOMMENDATION [DOCKET ENTRY 111] AND GRANTING THE MOTION TO DISMISS OF DEFENDANTS NOVELL, NUNEZ, UDOW, WAYNE COUNTY DEPARTMENT OF HUMAN SERVICES, AND MICHIGAN DEPARTMENT OF HUMAN RESOURCES**

        This matter is presently before the Court on Defendants Novell, Nunez, Udow, Wayne County Department of Human Resources, and Michigan Department of Human Resource's Motion to Dismiss ("State of Michigan Defendants' Motion") [docket entry 13]. On March 24, 2008, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R&R"), in which she recommends that the State of Michigan Defendants' Motion be granted.

        The Court reviews *de novo* those portions of the R&R to which a specific objection has been made. *See* FED. R. CIV. P. 72(b). Plaintiff has filed one objection, which is entitled "Request for Injunctive Relief for Medical Records of A.R." However, in her objection, Plaintiff does not address the legal reasoning underlying Magistrate Judge Majzoub's recommendation that

1

the State of Michigan Defendants' Motion be granted.

The Court has had an opportunity to fully review this matter. The Court finds that Magistrate Judge Majzoub correctly and thoroughly analyzed all of the issues presented, and that she reached the proper conclusions for the proper reasons. The Court will therefore accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Magistrate Judge Majzoub's R&R dated March 24, 2008, is accepted and adopted.

IT IS FURTHER ORDERED that the State of Michigan Defendants' Motion [docket entry 13] is granted.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: April 18, 2008
Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman