UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

    Plaintiff,

vs.

MICHIGAN DEPARTMENT OF
HUMAN SERVICES, et al.,

    Defendants.
_____/

Civil Action No.
07-CV-13232

HON. BERNARD A. FRIEDMAN

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 30, 2008, REPORT AND RECOMMENDATION [DOCKET ENTRY 117] AND GRANTING THE MOTION TO DISMISS OF DEFENDANTS FOSTER CARE REVIEW BOARD, GIBSON, JACKSON, KEMP, AND RAMSEY

This matter is presently before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation ("R&R") dated May 30, 2008. In her R&R, Magistrate Judge Majzoub recommends that the Motion to Dismiss filed by Defendants Foster Care Review Board, Gibson, Jackson, Kemp, and Ramsey be granted [docket entry 52]. Magistrate Judge Majzoub further recommends that the state law claims against these defendants be dismissed without prejudice. Plaintiff has not filed objections to the Magistrate Judge's R&R, and the time to do so has expired.

The Court has had an opportunity to fully review this matter. The Court finds that Magistrate Judge Majzoub correctly and thoroughly analyzed all of the issues presented, and that she reached the proper conclusions for the proper reasons. The Court will therefore accept and adopt

1

the Magistrate Judge's R&R as the findings and conclusions of the Court.  Accordingly,

IT IS ORDERED that Magistrate Judge Majzoub's R&R dated May 30, 2008, is accepted and adopted.

IT IS FURTHER ORDERED that the Motion to Dismiss of Defendants Foster Care Review Board, Gibson, Jackson, Kemp, and Ramsey [docket entry 52] is granted.

IT IS FURTHER ORDERED that the state law claims filed against Defendants Foster Care Review Board, Gibson, Jackson, Kemp, and Ramsey are dismissed without prejudice.

_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: June 19, 2008
         Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman