UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY TRAN,

    Plaintiff,

vs.

MICHIGAN DEPARTMENT OF
HUMAN SERVICES, et al.,

    Defendants.
_____/

Civil Action No.
07-CV-13232

HON. BERNARD A. FRIEDMAN

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE
JUDGE'S FEBRUARY 6, 2009, REPORT AND RECOMMENDATION
[DOCKET ENTRY 137] AND GRANTING DEFENDANT REIZEN'S
MOTION TO DISMISS [DOCKET ENTRY 128]**

This matter is presently before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation ("R&R") dated February 6, 2009. In her R&R, Magistrate Judge Majzoub recommends that Defendant Reizen's Motion to Dismiss be granted. Magistrate Judge Majzoub further recommends that the state law claims against this defendant be dismissed without prejudice. Plaintiff has not filed objections to the Magistrate Judge's R&R, and the time to do so has expired.

The Court has had an opportunity to fully review this matter. The Court finds that Magistrate Judge Majzoub correctly and thoroughly analyzed all of the issues presented, and that she reached the proper conclusions for the proper reasons. The Court will therefore accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

1

IT IS ORDERED that Magistrate Judge Majzoub's R&R dated February 6, 2009, is accepted and adopted.

IT IS FURTHER ORDERED that Defendant Reizen's Motion to Dismiss [docket entry 128] is granted.

IT IS FURTHER ORDERED that the state law claims filed against Defendant Reizen are dismissed without prejudice.  *See* 28 U.S.C. § 1367(c)(3).

                                                      S/Bernard A. Friedman
                                                     BERNARD A. FRIEDMAN
                                                     SENIOR UNITED STATES DISTRICT JUDGE

Dated: February 27, 2009
       Detroit, Michigan